UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
IN RE NON JUDICIAL CIVIL FORFEITURE  :  STIPULATION AND ORDER
PROCEEDING REGARDING $152,023 IN     :
UNITED STATES CURRENCY SEIZED ON     :  22 Misc. _____
OR ABOUT OCTOBER 22, 2021            :
:
:
------------------------------------- x

       WHEREAS, on or about October 22, 2021, the Drug Enforcement Administration ("DEA") seized $152,023 in United States currency from Jie Ren (the "Seized Currency");

       WHEREAS, on or about December 21, 2021, the DEA initiated an administrative forfeiture proceeding against the Seized Currency pursuant to Title 21, United States Code, Section 881 by timely sending written notice of its intent to forfeit the Seized Currency to all known interested parties;

       WHEREAS, on or about January 25, 2022, the DEA received a claim from Jie Ren (the "Claimant") asserting an interest in the Seized Currency;

       WHEREAS, the DEA subsequently referred the matter to the United States Attorney's Office, Southern District of New York for judicial forfeiture;

       WHEREAS, Western Union Financial Services Inc. ("Western Union") has advised the Government of an interest in the Seized Currency;

       WHEREAS, no other party has claimed an interest in the Seized Currency;

       WHEREAS, the Claimant, by and through his counsel, James Costo, Esq., and Western Union, by and through its counsel, Sharon Cohen Levin, Esq., has provided the Government with documentation relating to their respective interests in the Seized Currency; and

       WHEREAS, the Government, the Claimant, and Western Union, have agreed to settle this matter without further litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED, by and between Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Alexander J. Wilson, of counsel, and the Claimant, by and through his attorney, James Costo, Esq., and Western Union, by and through its counsel, Sharon Cohen Levin, Esq., that:

1. The United States Marshals Service shall return $128,367.28 of the Seized Currency to Western Union in a manner consistent with the United States Marshals Service Automated Clearing House ("ACH") Form to be completed by Western Union through its attorney, Sharon Cohen Levin, Esq.

2. The United States Marshals Service shall return the remainder of the Seized Currency to the Claimant in a manner consistent with the United States Marshals Service Automated Clearing House ("ACH") Form to be completed by the Claimant through his attorney, James Costo, Esq.

3. The Government's agreement to this Stipulation and Order is expressly premised upon the truthfulness, accuracy and completeness in every material part of the representations made by the Claimant and Western Union and their counsel.

4. Claimant and Western Union are hereby barred from asserting, or assisting others in asserting, any claim against the United States Attorney's Office for the Southern District of New York ("USAO-SDNY"), the Department of Justice ("DOJ), the Drug Enforcement Administration ("DEA"), the United States Marshals Service ("USMS") or agents and employees of the USAO-SDNY, the DOJ, DEA, and the USMS in connection with the seizure and/or possession of the Seized Currency, including but not limited to any claim that there was no probable cause to seize and hold the Seized Currency, or for costs or attorney's fees.

5. The parties hereby waive all rights to challenge or contest the validity of this Stipulation and Order.

6. Further, this Stipulation and Order shall in no way constitute any reflection upon the merits of any petition, claim and/or defenses that may be asserted respectively by the United States and the Claimant.

7. This Stipulation and Order constitutes the complete agreement of the parties and may not be amended without express written authorization from all parties.

8. This Court shall have exclusive jurisdiction over the interpretation and enforcement of this Stipulation and Order.

9. The signature page of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Fax copies shall be treated as originals.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Alexander J. Wilson
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2453

8/16/2022
DATE

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]

JIE REN, Claimant

By: _____*Jie Ren*_____     08/12/2022
Jie Ren, Claimant          DATE

By: _____*James Costo*_____     08/12/2022
James Costo, Esq.              DATE
11 Park Place, Suite 1100
New York, New York 10007
Attorney for Claimant, Jie Ren


WESTERN UNION FINANCIAL SERVICES INC.

By: _____*(signature)*_____     8/15/2022
Sharon Cohen Levin, Esq.        DATE
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004-2498
Attorney for Western Union Financial Services Inc.


SO ORDERED:


_____     _____
HON.                                 DATE
UNITED STATES DISTRICT JUDGE